# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERIN NICOLE WOOD,**

    **Plaintiff,**

v.                                                  Case No: 6:12-cv-1883-Orl-22GJK

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's appeal from a final decision of the Commissioner of Social Security denying her application for benefits.

The United States Magistrate Judge has submitted a report recommending that the final decision be reversed and the matter remanded for further proceedings pursuant to sentence four of Section 405(g).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 26, 2013 (Doc. No. 21), is ADOPTED and CONFIRMED and made a part of this Order.

The final decision of the Commissioner is hereby REVERSED and the matter REMANDED for further proceedings pursuant to sentence four of Section 405(g).

2. The Clerk is directed to enter judgment in favor of the Claimant and against the Commissioner.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on January 13, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties