# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERIN NICOLE WOOD,**

        **Plaintiff,**

**v.**                                      **Case No:   6:12-cv-1883-Orl-22GJK**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b) (Doc. No. 27) filed on March 10, 2016.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed March 29, 2016 (Doc. No. 28), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b) is hereby GRANTED.

3.      Counsel is hereby authorized to charge and collect from Plaintiff the sum of $3,329.35 in §406(b) fees.

**DONE** and **ORDERED** in Orlando, Florida on April 12, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record